ERIC GRANT
United States Attorney
JUSTIN J. GILIO
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00128-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| Andres Silva-Corona Perez et al., | DATE: September 17, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. Defendants are set for a status conference on **September 17, 2025**, in front of the Honorable Sheila K. Oberto, U.S. Magistrate Court Judge. The parties wish to **continue the status conference to January 21, 2026, and exclude time through that date**.

2. The parties agree and stipulate, and request that the Court find the following:

   a. This is a "complex case" due to the number of defendants and the nature of the prosecution, making it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

   b. The discovery associated with this case is voluminous and includes tens of thousands

of pages, including investigative reports, photographs and videos, as well as hundreds of hours of recorded conversations, many cellular phone extractions, and large amounts of cellular telephone precise location data and vehicle tracker data. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

c. Counsel for defendants desire additional time to consult with their clients, conduct investigation, review the voluminous discovery, prepare for a possible trial, and explore a potential pre-trial resolution of the case.

d. The government has made offers in the case to several of the defendants and is in the process of making offers to the remaining defendants. Defense counsel needs additional time to review those offers and prepare their client for a potential change of plea hearing.

e. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f. The government does not object to the continuance.

g. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 7, 2025 to September 17, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i), B(ii), and B(iv) because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section. This stipulation also results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 2, 2025                    ERIC GRANT
                                            United States Attorney

                                            /s/ JUSTIN J. GILIO
                                            JUSTIN J. GILIO
                                            Assistant United States Attorney

Dated: September 2, 2025                    /s/ Galatea DeLapp
                                            Galatea DeLapp
                                            Counsel for Defendant
                                            Andres Silva-Corona Perez

Dated: September 2, 2025                    /s/ Monica Bermudez
                                            Monica Bermudez
                                            Counsel for Defendant
                                            Ruben Saenz

Dated: September 2, 2025                    /s/ Roger Dale Wilson
                                            Roger Dale Wilson
                                            Counsel for Defendant
                                            Elvis David Vasquez

Dated: September 2, 2025                    /s/ Serita Rios
                                            Serita Rios
                                            Counsel for Defendant
                                            Mirella Castillo

Dated: September 2, 2025                    /s/ Michael McKneely
                                            Michael McKneely
                                            Counsel for Defendant
                                            Kiara Sinaii Valdivia

Dated:  September 2, 2025            /s/ Mark B. Broughton
                                     Mark A. Broughton
                                     Counsel for Defendant
                                     Jose Galan Lopez

Dated:  September 2, 2025            /s/ Elon Berk
                                     Elon Berk
                                     Counsel for Defendant
                                     Christian Jair Sanchez Rodriguez

# ORDER

IT IS SO ORDERED.

Dated:  **September 5, 2025**              /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE