**MONICA L. BERMUDEZ**
Attorney at Law, SBN 275434
1304 "L" Street
Bakersfield, CA 93301
Tel: (661)616-2141
Fax: (661)322-7675
Email: monica@lawbermudez.com

Attorney for:
Ruben Saenz

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:24-CR-00128-JLT-SKO |
| Plaintiff, | ) **DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |
| vs. | ) |
| RUBEN SAENZ | ) |
| Defendant | ) |

Defendant, RUBEN SAENZ, hereby waives his/her appearance in person in open court upon the STATUS CONFERENCE set for JANUARY 21, 2026, at 1:00 p.m. in Courtroom 7 of the above-entitled court.  Defendant hereby requests the court to proceed in his/her absence and agrees that his/her interest will be deemed represented at said hearing by the presence of his/her attorney, MONICA L. BERMUDEZ.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.


Date:   January 19, 2026                          */s/Ruben Saenz*
                                                   RUBEN SAENZ


Date: January 19, 2026                            */s/Monica L. Bermudez*
                                                   MONICA L. BERMUDEZ
                                                   Attorney for Defendant


DEFENDANTS REQUEST AND WAIVER OF APPEARANCE - 1

**ORDER**

Good cause appearing, that defendant, RUBEN SAENZ, is hereby excused from appearing at this court hearing scheduled for JANUARY 21, 2026.

IT IS SO ORDERED.

Dated:  __**January 20, 2026**__                    ____/s/ *Sheila K. Oberto*____
                                                        UNITED STATES MAGISTRATE JUDGE