**Monica L. Bermudez**
Attorney at Law, SBN 275434
1340 L. Street
Bakersfield, CA 93301
Tel.: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for:
RUBEN SAENZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN SAENZ,<br><br>Defendants. | Case No.  **1:24-cr-00128 JLT**<br><br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY DEFENDANT SAENZ' CONDITION OF RELEASE 7(g)** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND JUSTIN GILIO, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RUBEN SAENZ, by and through his attorney of record, MONICA L. BERMUDEZ, hereby moves the court to modify the condition of release, which currently places Mr. Saenz on the Location Monitoring Restrictions- Home Detention.

Mr. Saenz was arrested in the United States District Court, Central District. On June 12, 2024, a detention hearing was held before the Honorable Rosenbluth. Mr. Saenz was ordered released on a $25,000.00 bond with various terms and conditions. Specifically, Mr. Saenz was placed on Home Detention which requires Mr. Saenz to remain at home at all times except for employment, education, religious services, medical needs, or treatment…all of which must be preapproved by the Supervising Agency. Additionally. Mr. Saenz was also placed on Location

1

Monitoring. Mr. Saenz is schedule for sentencing on July 13, 2026. Mr. Saenz has been under Pretrial Services supervision for approximately two years. He has no violations, nor has he submitted any positive drug tests.

Mr. Saenz opened an ice-cream business and on May 2, 2025, he filed Article of Organization with the Secretary of State. Mr. Saenz is opening a brick-and-mortar location in Los Angeles as a catering service. In preparing for the opening of the business Mr. Saenz is meeting with various contractors as well as vendors who will provide Mr. Saenz with produce, utensils, and other items necessary for the business. Meeting with vendors required Mr. Saenz to drive to different locations throughout the city at a moment's notice in order to see the product and contract with vendors. Mr. Saenz has been successful in his business and wishes to expand his catering services.

The parties stipulate that Mr. Saenz' home detention condition be removed, the GPS location monitoring remain in effect, and Mr. Saenz be set a curfew from 9:00 p.m. to 6:00 a.m., with all other terms to remain the same.

AUSA Justin Gilio and Pretrial Services Officer Lorena Gallagher are aware of the request and have no objection.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: April 3, 2026

*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Ruben Saenz

DATED: April 3, 2026

*/s/ Justin Gilio*
JUSTIN GILIO
Assistant U.S. Attorney

2

# ORDER

**IT IS SO ORDERED** that Ruben Saenz' home detention condition be removed, curfew be set from 9:00 p.m. to 6:00 a.m., and all other conditions remain in effect.

IT IS SO ORDERED.

Dated:   **April 3, 2026**

_____

STANLEY A. BOONE
United States Magistrate Judge

3